**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

CHRIS J. RICHARDSON, ESQ.
Nevada Bar No. 9166
E-mail: Chris.Richardson@wilsonelser.com
ASHLEY ZURKAN, ESQ.
Nevada Bar No. 16473
E-mail: Ashley.Zurkan@wilsonelser.com
 6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Defendant
Universal Protection Service, LLC dba
Allied Universal Security Service

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHERLINE NOBLE, individually,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CMK 2300 CHARLESTON, LLC, a Foreign Corporation; REMEDY MEDICAL PROPERTIES, INC., a Foreign Corporation; UNITED HEALTHCARE SERVICES, INC., UNIVERSAL PROTECTION SERVICE, LLC dba ALLIED UNIVERSAL SECURITY SERVICES, a Foreign Corporation; DOES I-X; and ROE CORPORATIONS II-X, inclusive,<br><br>　　　　　　　　Defendants. | Case No.  2:25-cv-01029-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST)** |

　　　　Pursuant to LR IA 6-1 and LR 26-3, Defendant, UNIVERSAL PROTECTION SERVICE, LLC dba ALLIED UNIVERSAL SECURITY SERVICES ("UNIVERSAL PROTECTION SERVICE"), Defendant UNITED HEALTHCARE SERVICES, INC. ("UNITED HEALTHCARE SERVICES"), Defendant CMK 2300 CHARLESTON, LLC, ("CMK 2300"), Defendant REMEDY MEDICAL PROPERTIES, INC. ("REMEDY"), and Plaintiff, SHERLINE NOBLE ("Plaintiff")(collectively, "Parties") by and through their respective attorneys of record, request a

326744765v.1

90-day extension of discovery deadlines for the reasons set forth below. This is the parties' first request for an extension.

## **DISCOVERY COMPLETED**

The Parties advise and represent that they have completed the discovery listed below.

1. Plaintiff, Defendant CMK 2300, and Defendant UNITED HEALTHCARE SERVICES participated in the FRCP 26(f) Conference on June 26, 2025.
2. Plaintiff disclosed her Initial FRCP 26(a)(1) Disclosures of Witnesses and Documents.
3. Defendant CMK 2300 disclosed its Initial FRCP 26(a)(1) Disclosures of Witnesses and Documents.
4. Defendant UNITED HEALTHCARE SERVICES disclosed its Initial FRCP 26(a)(1) Disclosures of Witnesses and Documents.
5. Plaintiff has responded to written discovery from Defendant CMK 2300;
6. Defendant CMK 2300 responded to written discovery from the Plaintiff:
7. Defendant United Healthcare has responded to written discovery from Plaintiff; and,
8. Defendant CMK 2300 arranged for a medical examination of the Plaintiff to take place and disclosed the report.

## **DISCOVERY REMAINING**

Additional discovery that remains is set forth below.

1. Deposition of Plaintiff;
2. Depositions of Defendants respective FRCP 30(b)(6) Witnesses:
3. Defendant UNIVERSAL PROTECTION SERVICE Initial FRCP 26(a)(1) Disclosures of Witnesses and Documents;
4. Obtaining the entirety of Plaintiff's Medical Records;
5. Initial Expert and Rebuttal Expert Disclosures;
6. Depositions of Plaintiff's Medical Providers;
7. Depositions of Plaintiff's Expert Witnesses;
8. Depositions of Defendants' Expert Witnesses;

326744765v.1

9. Depositions of eyewitnesses;

10. Additional written Discovery; and

11. Any additional discovery allowed by the rules and within the discovery window.

## **WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

After Defendants, CMK 2300 CHARLESTON, LLC, REMEDY MEDICAL PROPERTIES, INC., UNITED HEALTHCARE SERVICES, INC. made their appearances and initial disclosure of witnesses and documents, they stipulated to allow Plaintiff to amend the complaint to add UNIVERSAL PROTECTION SERVICES, LLC as a defendant. The parties agreed to hold discovery in abeyance until such time that UNIVERSAL PROTECTION SERVICES, LLC made an appearance. In addition, UNIVERSAL PROTECTION SERVICES, LLC needs sufficient time to get up to speed on the case, including which experts will be required.

## **EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

The following table sets forth the current deadlines and the proposed extended deadlines that are the subject of this stipulated request:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Amend Pleadings | Tuesday, January 27, 2026 | **Monday, April 27, 2026** |
| Initial Expert Disclosures | Tuesday, January 27, 2026 | **Monday, April 27, 2026** |
| Rebuttal Expert Disclosures | Thursday, February 26, 2026 | **Friday, May 27, 2026** |
| Discovery Cut-Off Date | Monday, April 27, 2026 | **Monday, July 27, 2026** |
| Dispositive Motions | Wednesday, May 27, 2026 | **Thursday, August 27, 2026** |
| Pretrial Order | Friday, June 26, 2026 | **Friday, September 25, 2026** |

\\\

\\\

\\\

\\\

\\\

-3-

326744765v.1

1  This request for an extension of time is not sought for any improper purpose or undue delay.

2  Respectfully submitted this 18th day of December, 2025.

| LEWIS BRISBOIS BISGAARD & SMITH LLP | MITCHELL ROGERS INJURY LAW |
|---|---|
| /s/ Steven Abbott<br>DARRELL D. DENNIS, ESQ.<br>Nevada Bar No. 6618<br>STEVEN B. ABBOTT, ESQ.<br>Nevada Bar No. 10303<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Tel. 702.893.3383<br>*Attorneys for Defendant*<br>*United Healthcare Services, Inc.* | By /s/ Scott Rogers<br>WILL C. MITCHELL, ESQ.<br>Nevada Bar No. 14403<br>SCOTT L. ROGERS, ESQ.<br>Nevada Bar No. 13574<br>9480 S. Eastern Ave., Suite 236<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiff* |
| MURCHISON & CUMMING, LLP<br><br>BY: /s/ Brittany Lyons<br>BRITTANY LYONS, ESQ.<br>Nevada Bar No. 11004<br>350 S. Rampart #320<br>Las Vegas, NV 89145<br>*Attorneys for CMK 2300 CHARLESTON, LLC and REMEDY MEDICAL PROPERTIES, INC.* | WILSON ELSER<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>BY: /s/Chris Richardson<br>CHRIS J. RICHARDSON<br>Nevada Bar No. 9166<br>ASHLEY ZURKAN, ESQ.<br>Nevada Bar No. 16473<br>6689 Las Vegas Boulevard South, Suite 200<br>Las Vegas, NV 89119<br>Attorneys for Defendant Universal Protection Service,<br>LLC dba Allied Universal Security Service |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   December 19, 2025

-4-

326744765v.1