Bryan J. Ure, Esq.
Nevada Bar No. 11004
bure@murchisonlaw.com
Tyler N. Ure, Esq.
Nevada Bar No. 11730
ture@murchisonlaw.com
Brittany N. Lyons, Esq.
Nevada Bar No. 16922
blyons@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for Defendants and Cross-Claimants
CMK 2300 CHARLESTON, LLC and
REMEDY MEDICAL PROPERTIES, INC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHERLINE NOBLE, individually, | CASE NO. 2:25-cv-01029 |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS CROSS-CLAIMANTS CMK 2300 CHARLESTON, LLC AND REMEDY MEDICAL PROPERTIES, INC'S CROSS-CLAIM AGAINST CROSS-DEFENDANT UNITED HEALTHCARE SERVICES, INC** |
| vs. | |
| CMK 2300 CHARLESTON, LLC a Foreign Corporation; REMEDY MEDICAL PROPERTIES, INC., a Foreign Corporation; UNITED HEALTHCARE SERVICES, INC. UNIVERSAL PROTECTION SERVICE, LLC dba ALLIED UNIVERSAL SECURITY SERVICES, a Foreign Corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |
| CMK 2300 CHARLESTON, LLC and REMEDY MEDICAL PROPERTIES, INC, | |
| Cross-Claimants, | |
| vs. | |
| UNITED HEALTHCARE SERVICES, INC., a Foreign Corporation; DOES I through XX and ROE CORPORATIONS I through XX, inclusive, | |
| Cross-Defendant. | |

1

**STIPULATION AND ORDER TO DISMISS CROSS-CLAIMANTS CMK 2300 CHARLESTON, LLC AND REMEDY MEDICAL PROPERTIES, INC'S CROSS-CLAIM AGAINST CROSS-DEFENDANT UNITED HEALTHCARE SERVICES, INC**

IT IS HEREBY STIPULATED AND AGREED to by Defendants/Cross-Claimants CMK 2300 CHARLESTON, LLC and REMEDY MEDICAL PROPERTIES, INC., by and through their attorneys of record, Murchison & Cumming, LLP; and Defendant/Cross-Defendant UNITED HEALTHCARE SERVICES, INC., by and through its attorneys of record, Lewis Brisbois Bisgaard & Smith LLP; that any and all claims among and between Cross-claimants CMK 2300 CHARLESTON, LLC and REMEDY MEDICAL PROPERTIES, INC. and Cross-defendant UNITED HEALTHCARE SERVICES, INC, be dismissed with prejudice, each party to bear their own fees and costs incurred herein.

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This stipulation does not affect Plaintiff, SHERLINE NOBLE's claims against Defendants CMK 2300 CHARLESTON, LLC, REMEDY MEDICAL PROPERTIES, INC., UNITED HEALTHCARE SERVICES, INC., UNIVERSAL PROTECTION SERVICE, LLC dba ALLIED UNIVERSAL SECURITY SERVICES or any other remaining Defendant.

DATED:  February 17, 2026          **MURCHISON & CUMMING,  LLP**


By:          */s/ Bryan J. Ure*
          Bryan J. Ure, Esq.
          Nevada Bar No. 11004
          Tyler N. Ure, Esq.
          Nevada Bar No. 11730
          Brittany N Lyons, Esq.
          Nevada Bar No. 16922
          Attorneys for Defendants and Cross-Claimants
          CMK 2300 CHARLESTON, LLC and REMEDY
          MEDICAL PROPERTIES, INC

DATED:  January 13, 2026          **LEWIS BRISBOIS BISGAARD & SMITH LLP**


By:          */s/ Steven B. Abbott*
          Darrell D. Dennis, Esq.
          Nevada Bar No. 6618
          Steven B. Abbott, Esq.
          Nevada Bar No. 10303
          6385 S Rainbow Boulevard, Suite 600
          Las Vegas, Nevada 89118
          Attorneys for Defendant/Cross-Defendant
          UNITED HEALTHCARE SERVICES, INC

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## <u>ORDER</u>

The Court having considered the aforementioned Stipulation between the Parties, and good cause appearing therefore;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims between Cross-claimants CMK 2300 CHARLESTON, LLC and REMEDY MEDICAL PROPERTIES, INC. and Cross-Defendant UNITED HEALTHCARE SERVICES, INC **ONLY** are dismissed with prejudice, each party to bear their own fees and costs incurred herein.

**DATED:** February 18, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Case No. 2:25-cv-01029