KENNETH M. MARIAS, ESQ.
Nevada Bar No. 005062
VAUGHN & MARIAS
6671 S. Las Vegas Boulevard
Building D, Suite 210
Las Vegas, NV 89119
**MAIL TO**
1299 Zurich Way, Suite 250
Schaumburg, IL 60196
(702) 233-9660 (telephone)
(702) 233-9665 (facsimile)
kenneth.marias@zurichna.com

Attorneys for Defendant
CBRE INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHERLINE NOBLE, individually,

Plaintiff,

v.

CMK 2300 CHARLESTON, LLC, a Foreign Corporation; REMEDY MEDICAL PROPERTIES, INC., a Foreign Corporation; UNITED HEALTHCARE SERVICES, INC., UNIVERSAL PROTECTION SERIVCE, LLC dba ALLIED UNIVERSAL SECURITY SERVICES, a Foreign Corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive,

Defendants.

CMK 2300 CHARLESTON, LLC and REMEDY MEDICAL PROPERTIES, INC.

Cross-Claimants,

v.

UNITED HEALTHCARE SERVICES, INC., a Foreign Corporation; DOES I through XX and ROE CORPORATIONS I through XX, inclusive,

**CASE NO:** 2:25-cv-01029-RFB-BNW

**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (THIRD REQUEST)**

Cross-Defendant,

Pursuant to LR IA 6-1 and LR 26-3, Defendant, UNIVERSAL PROTECTION SERVICE, LLC dba ALLIED UNIVERSAL SECURITY SERVICES ("UNIVERSAL PROTECTION SERVICE"), Defendant UNITED HEALTHCARE SERVICES, INC. ("UNITED HEALTHCARE SERVICES"), Defendant CMK 2300 CHARLESTON, LLC, ("CMK 2300"), Defendant REMEDY MEDICAL PROPERTIES, INC. ("REMEDY"), CBRE, INC. ("CBRE") and Plaintiff, SHERLINE NOBLE ("Plaintiff")(collectively, "Parties") by and through their respective attorneys of record, request a 120-day extension of discovery deadlines for the reasons set forth below. This is the parties' third request for an extension.

**DISCOVERY COMPLETED**

The Parties advise and represent that they have completed the discovery listed below.

1. Plaintiff, Defendant CMK 2300, and Defendant UNITED HEALTHCARE SERVICES participated in the FRCP 26(f) Conference on June 26, 2025.
2. Plaintiff disclosed her Initial FRCP 26(a)(1) Disclosures of Witnesses and Documents.
3. Defendant CMK 2300 disclosed its Initial FRCP 26(a)(1) Disclosures of Witnesses and Documents.
4. Defendant UNITED HEALTHCARE SERVICES ("UH") disclosed its Initial FRCP 26(a)(1) Disclosures of Witnesses and Documents.
5. Plaintiff has responded to written discovery from Defendant CMK 2300;
6. Defendant CMK 2300 responded to written discovery from the Plaintiff:
7. Defendant United Healthcare has responded to written discovery from Plaintiff;
8. Defendant UH served written discovery on the Plaintitff;
9. Plaintiff responded to UH's written discovery;
10. Plaintff deposed a UH's NRCP 30(b)6 witnesses;

11. Defendant CMK 2300 arranged for a medical examination of the Plaintiff to take place and disclosed the report;

12. Defendant Universal Protection Services, LLC has disclosed its Initial FRCP 26(a)(1) Disclosure of Witnesses and Documents;

13. Defendants deposed Plaintiff.

**DISCOVERY REMAINING**

Additional discovery that remains is set forth below.

1. Depositions of Defendants respective FRCP 30(b)(6) Witnesses:
2. Obtaining the entirety of Plaintiff's Medical Records;
3. Initial Expert and Rebuttal Expert Disclosures;
4. Depositions of Plaintiff's Medical Providers;
5. Depositions of Plaintiff's Expert Witnesses;
6. Depositions of Defendants' Expert Witnesses;
7. Depositions of eyewitnesses;
8. Additional written Discovery; and
9. Any additional discovery allowed by the rules and within the discovery window.

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

The parties are scheduled to participate in mediation with Hon. Jennifer Togliatti (ret.) on November 17, 2026. In an effort to conserve resources and focus efforts on mediation, the parties wish to defer expert costs until mediation is complete. In addition, After Defendants, CMK 2300 CHARLESTON, LLC, REMEDY MEDICAL PROPERTIES, INC., UNITED HEALTHCARE SERVICES, INC. made their appearances and initial disclosure of witnesses and documents, they stipulated to allow Plaintiff to amend the complaint to add UNIVERSAL as a defendant. The parties agreed to hold discovery in abeyance until such time that UNIVERSAL made an appearance. Following UNIVERSAL's appearance, the parties entered into a subsequent Stipulation to Substitute Parties in a Third Amended Complaint. The Third Amended Complaint added CBRE, Inc. as a new defendant. On April 10, 2026, CBRE made its appearance by filing its answer to the

Third Amended Complaint. The newly added parties seek additional time to conduct discovery before submitting expert reports.

**EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

The following table sets forth the current deadlines and the proposed extended deadlines that are the subject of this stipulated request:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Amend Pleadings | Tuesday, August 25, 2026 | **Tuesday, December 08, 2026** |
| Initial Expert Disclosures | Tuesday, August 25, 2026 | **Tuesday, December 08, 2026** |
| Rebuttal Expert Disclosures | Tuesday, September 24, 2026 | **Friday, January 15, 2027** |
| Discovery Cut-Off Date | Monday, November 24, 2026 | **Friday, March 19, 2027** |
| Dispositive Motions | Monday December 28, 2026 | **Monday, April 19, 2027** |
| Pretrial Order | Tuesday, January 26, 2026 | **Wednesday, May 19, 2027** |

This request for an extension of time is not sought for any improper purpose or undue delay. Respectfully submitted this 6th day of August, 2026.

| LEWIS BRISBOIS BISGAARD & SMITH LLP | MITCHELL ROGERS INJURY LAW |
|---|---|
| BY: /s/ ***Steven B. Abbott***<br>DARRELL D. DENNIS, ESQ.<br>Nevada Bar No. 6618<br>STEVEN B. ABBOTT, ESQ.<br>Nevada Bar No. 10303<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Tel. 702.893.3383<br>*Attorneys for Defendant*<br>*United Healthcare Services, Inc.*<br>*CMK Charleston 2300, LLC and*<br>*Remedy Medical Properties, Inc.* | BY: ***/s/ Scott L. Rogers***<br>WILL C. MITCHELL, ESQ.<br>Nevada Bar No. 14403<br>SCOTT L. ROGERS, ESQ.<br>Nevada Bar No. 13574<br>9480 S. Eastern Ave., Suite 236<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiff* |

| | |
|---|---|
| BY: ***/s/Kenneth Marias***<br>KENNETH M. MARIAS<br>Nevada Bar No. 5062<br>6671 Las Vegas Boulevard South, Suite 210<br>Las Vegas, NV 89119<br>*Attorneys for Defendant CBRE, Inc.* | BY: ***/s/ Chris J. Richardson***<br>CHRIS J. RICHARDSON<br>Nevada Bar No. 9166<br>ASHLEY ZURKAN, ESQ.<br>Nevada Bar No. 16473<br>6689 Las Vegas Boulevard South, Suite 200<br>Las Vegas, NV 89119<br>Attorneys for Defendant Universal Protection Service,<br>LLC dba Allied Universal Security Service |

**ORDER**

IT IS SO ORDERED. Additionally, the hearing scheduled for 1:30 P.M. on 8/20/2026 is VACATED.

UNITED STATES MAGISTRATE JUDGE

DATED: August 17, 2026